May 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TERRY DON BOOKER, Appellant

NO. 14-12-00072-CR                 V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, this Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED** to reflect administrative fees are assessed in the amount of $2,906.00.

The Court orders the judgment **AFFIRMED** as **REFORMED**, and orders this decision certified below for observance.